UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/16/2021
```

-------------------------------------------------------X
                                        :
MZA Events, Inc.,                       :
                                        :
                        Plaintiff,      :
                                        :          21-CV-4460 (VSB)
                                        :
            -against-                   :
                                        :            **ORDER**
Erich Bergen and 6W Entertainment, Inc.,:
                                        :
                        Defendants.     :
                                        :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On June 15, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal

Rules of Civil Procedure 12(b)(6) and 9(b).  (Doc. 15.)  Under Federal Rule of Civil Procedure

15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the

complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by July 6, 2021.  It is unlikely

that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve

any opposition to the motion to dismiss by July 15, 2021.  Defendants' reply, if any, shall be

served by July 29, 2021.

SO ORDERED.

Dated:  June 16, 2021
        New York, New York

_____
Vernon S. Broderick
United States District Judge