# LAVELY & SINGER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
SUITE 2400
2049 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE (310) 556-3501
FACSIMILE (310) 556-3615
www.LAVELYSINGER.com

JOHN H. LAVELY, JR.
MARTIN D. SINGER
BRIAN G. WOLF
LYNDA B. GOLDMAN
PAUL N. SORRELL
MICHAEL E. WEINSTEN
EVAN N. SPIEGEL
TODD S. EAGAN△

ANDREW B. BRETTLER∗
ALLISON S. HART
T. WAYNE HARMAN
DAVID B. JONELIS
MELISSA Y. LERNER
JAKE A. CAMARA
KELSEY J. LEEKER
MARTIN F. HIRSHLAND

△ ALSO ADMITTED IN NY
∗ ALSO ADMITTED IN NY AND NJ

July 12, 2021

<u>**VIA ECF**</u>

Honorable Vernon S. Broderick
United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J. 7/13/2021
>
> The Clerk of Court is respectfully directed to terminate the open motion at Document 15.

  Re: <u>MZA Events, Inc. v. Bergen, et al.</u>
     S.D.N.Y. Case No. 21-cv-04460 (VSB)
     Our File No. 5702-3

Dear Judge Broderick:

  Our firm represents defendants Erich Bergen and 6W Entertainment, Inc. (collectively, "Bergen") in the above-referenced action.

  We are writing in response to the Order, dated July 7, 2021 [ECF No. 19], to advise the Court that, in light of plaintiff filing an amended complaint on July 6, 2021 [ECF No. 18], Bergen's pending motion to dismiss, dated June 15, 2021 [ECF Nos. 15-16], shall be deemed moot, without prejudice to Bergen refiling a new motion.

  We appreciate the Court's time and consideration of this matter.

           Respectfully,

           ANDREW B. BRETTLER

cc: All counsel