```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv4460 (DLC)
MZA EVENTS, INC.,                        :
                            Plaintiff,   :   ORDER
                                         :
            -v-                          :
                                         :
ERICH BERGEN and 6W ENTERTAINMENT,       :
INC.,                                    :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic pretrial conference held on October 21, 2021, it is hereby

ORDERED that the case management plan entered on July 30, 2021 is amended as follows. The following schedule shall govern the further conduct of pretrial proceedings in this case. This case will be referred to mediation to occur in **December 2021**. The Clerk of Court will contact the parties when a mediator has been selected.

IT IS FURTHER ORDERED that all fact discovery must be completed by **January 28, 2022**.

IT IS FURTHER ORDERED that defendants shall notify the Court by **January 28, 2022** if they intend to file a motion for summary judgment. Any motion for summary judgment will be filed by **February 18, 2022**. Any opposition must be filed by **March 11,**

2022.  Any reply must be filed by **March 25, 2022**.

IT IS FURTHER ORDERED that in the event no motion is filed, plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by **February 18, 2022**.  Defendants' identification of experts and disclosure of expert testimony must occur by **March 11, 2022**.  Depositions of expert witnesses must occur by **April 1, 2022**.

SO ORDERED:

Dated:   New York, New York
         October 22, 2021

                                            _____
                                               DENISE COTE
                                  United States District Judge